| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. Section 2252(a)(4)(B) -- Possession of Child Pornography

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximum 10 years prison, $250,000 fine, at least five years up to lifetime supervised release, $100 mandatory special assessment.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S**

▶ ALEX EYE BURSCH

DISTRICT COURT NUMBER
CR 11 0644 PJH

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)
Contra Costa County Superior Court

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year September 1, 2010
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year N/A

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
FBI Special Agent Denise Gaztambide

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    MELINDA HAAG
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    OWEN P. MARTIKAN

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

Comments:

# United States District Court

FOR THE
NORTHERN DISTRICT OF CALIFORNIA

VENUE: OAKLAND

FILED 2011 SEP -8 P 2:42
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

UNITED STATES OF AMERICA,

v.

CR 11 0644 PJH

ALEX EYE BURSCH

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography;
18 U.S.C. § 2253 - Criminal Forfeiture

---

A true bill.

_____ Foreman

Filed in open court this ___8th___ day of

___September___.

NO BAIL WARRANT

Ada Means, Clerk

Bail, $ _____

Jacqueline Scott Corley
United States Magistrate Judge

MELINDA HAAG (CSBN 132612)
United States Attorney



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALEX EYE BURSCH,<br><br>    Defendant. | No. CR 11 0644<br><br>VIOLATIONS: 18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography; 18 U.S.C. § 2253 – Criminal Forfeiture<br><br>OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE: (18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography)

On or about September 1, 2010, in the Northern District of California, the defendant,

ALEX EYE BURSCH,

did knowingly possess at least one matter which contained visual depictions that had been mailed, shipped and transported in and affecting interstate and foreign commerce, and which were produced using materials which have been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of such visual depictions having involved the use of a minor engaging in sexually explicit conduct, and such depictions

INDICTMENT

having involved the use of a minor engaging in sexually explicit conduct, and such depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(4)(B).

FORFEITURE ALLEGATIONS: (18 U.S.C. §§ 2253(a)(1) and (a)(3) - Criminal Forfeiture)

Upon conviction of the offenses alleged herein, the defendant,

ALEX EYE BURSCH,

shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1) and (a)(3), all visual depictions described in Title 18, United States Code Section 2252, and all property, real or personal, used or intended to be used to commit or promote the commission of the offenses of conviction, including but not limited to the following items that were obtained from defendant on September 1, 2010:

1. Antec tower computer containing the disk drives listed below;
2. a Western Digital hard drive bearing serial number WCAU44515023;
3. a Samsung hard drive bearing serial number S07GJ10Y610408;
4. a Western Digital hard drive bearing serial number WXL708051660;
5. an HP Pavillion laptop computer bearing serial number TW21906555;
6. a Maxtor hard drive bearing serial number TC04RPHM;

DATED: September 8, 2011

A TRUE BILL.

_____
FOREPERSON

MELINDA HAAG
United States Attorney

_____
MIRANDA KANE
Chief, Criminal Division

(Approved as to form: _____ )
AUSA MARTIKAN

INDICTMENT                    2