UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date: March 28, 2012**  (Time: 33 minutes)            **JUDGE:  Phyllis J. Hamilton**

**Case No:  CR-11-644 PJH**

**Case Name:    UNITED STATES   v.  ALEX EYE BURSCH (Present)**

**Attorney for Plaintiff:     Owen Martikan**
**Attorney for Defendant:   Robert Beles**

**Deputy Clerk:**  Nichole Heuerman            **Court Reporter**: Diane Skillman

**PROCEEDINGS**

    Defendant's Motion to Suppress-DENIED as stated on the record.  The matter is continued a few weeks to give counsel an opportunity to decide how to proceed with the case.  Time is excluded from 3/28/12 to 4/18/12 for effective preparation of counsel.  The government to prepare order regarding exclusion of time.

**CASE CONTINUED TO: April 18, 2012 at 2:30 p.m. for Status/Trial Setting**.

-------------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:** Category  Begins 3/28/12 Ends 4/18/12
-------------------------------------------------------------------------------------------------------------------------

**cc:**    chambers