ORIGINAL                                                                                           ORIGINAL

1  Robert J. Beles Bar No. 41993
   David Reagan Bar No. 275192
2  One Kaiser Plaza, Suite 2300
   Oakland, California 94612-3642
3  Tel No. (510) 836-0100
   Fax. No. (510) 832-3690
4

   Attorney for *Defendant*
5  ALEX EYE BURSCH

6

7

8                    United States District Court
                     Northern District of California
9                         Oakland Courthouse

10                                              No. **4:11-CR-00644-PJH-1**

11                                              NOTICE OF MOTION AND MOTION TO TRAVERSE
     UNITED STATES OF                           SEARCH WARRANT AFFIDAVIT AND SUPPRESS EVIDENCE
12   AMERICA,
                                                *Franks v. Delaware*, 438 U.S. 154 (1978)
13              *Plaintiff*,
          vs.                                   (F.R.Cr. P. 12(b)(3)(C) and 41(h))
14
     ALEX EYE BURSCH,                           Date:       Wednesday, May 16, 2012
15                                              Time:       2:30 pm
                *Defendant*.                    Courtroom:  3, Hon Phyllis J. Hamilton, Judge
16
                                                *Speedy Trial Act Excludable Time: 18 U.S.C. 3161(h)(1)(F)*
17

18                      NOTICE OF MOTION AND MOTION TO TRAVERSE
                        SEARCH WARRANT AFFIDAVIT AND SUPPRESS EVIDENCE
19

20   To:  Owen Martikan
          Assistant United States Attorney
21        450 Golden Gate Avenue
          San Francisco, CA 94102
22

23       Please Take Notice that on a date to be set at the next status conference in this case,

24   defendant will move for an order to traverse the search warrant affidavit and suppress the

25   following evidence:

26   1) One (1) Antech computer tower, blk & silver in color.

27   2) One (1) ASUS Flat Screen Monitor, MDL# VH236,. SIN A5LMTF181237.

28   3) One (1) Theme Take LanBox Lite SIN VF6000VNS0801013052

ORIGINAL ORIGINAL

4) One (1) Cannon 400 MM Lens 1:5:6

5) Five (5) Rolls of film

6) One (I) EOS Cannon 40D MDL D5126171, S/N M20310618

7) Four (4) Telephoto Lenses

8) Three (I) USB Thumbdrives

9) Thirteen (13) CD-R, CD case yellow in color

10) One (1) CD-R "Mustang Memories"

11) Five (5) Photographs

12) One (1) Telephone number sheet

13) Three (3) AT&T, Davis School. District, Pleasant Hill billing statements

14) Eight (8). Telephone rosters, Dolphin Swim Team

15) Grey Duct tape, Black Mask

16) One (1) USB Co.writer MDL# DR-CORWZ4104064

17) One (I) WD Hard Disk Drive S/N WCAV52681817

18) MaxTor External Hard Drive 500 GB MDL# Maxtoritouch3, S/N TCO4RPHM

19) ASUS CDRW, blk & silver in. color, S/N 59PA65HC316122.3

20) HP Laptop ZE10000, S/N TZW21908555

21) GarminNuvi GPS, MDL# 350 NA S/N 20244707

22) USB Hard Drive, blk & silver in color

23) SSN Card Alex Bursch. 5644 1-7589

24) Fifty-five (55) CD-R

25) Nine (9) Floppy Disks

26) Hitachi, HDS722525VLAT80 S/N. C6CAEHRL

27) Seagate Barracuda MDL 5T3120026A S/N 5JT4ISGO

28) Creative Labs XMOD, MDL #SB0830

29) Western Digital, WD5,00V507,S/N WCANIJ11 1769

30) D-Link Ethernet, mdl, 01-604,S/N 8N0132A 13176

Notice of Motion and Motion to Traverse Search Warrant Affidavit and Suppress Evidence

Defendant bases his motion on the attached memorandum of points and authorities, declaration of counsel, exhibits, contents of the court file, and all the evidence and other matters to be presented at the hearing, on Federal Rules of Criminal Procedure 12(b)(3)(C) and 41(h), and on *Franks v. Delaware*, 438 U.S. 154 (1978).

Dated: Oakland, California, Wednesday, April 18, 2012.

*Robert J. Beles* (signature)

**Robert J. Beles**
Attorney for *Defendant* ALEX EYE BURSCH