UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date: May 16, 2012**  (Time: 14 minutes)　　　　**JUDGE:  Phyllis J. Hamilton**

**Case No:  CR-11-644 PJH**

**Case Name:    UNITED STATES   v.  ALEX EYE BURSCH (Present)**

**Attorney for Plaintiff:    Owen Martikan**
**Attorney for Defendant:  Robert Beles**

**Deputy Clerk:**  Nichole Heuerman　　　　**Court Reporter**: Starr Wilson

**PROCEEDINGS**

　　　　Defendant's Motion to Suppress-DENIED as stated on the record.   Defense counsel's request to continue the matter 30 days to have an opportunity to discuss disposition is granted by the court.  Time is excluded from 5/16/12 to 6/20/12 for effective preparation of counsel.  The government to prepare order regarding exclusion of time.

**CASE CONTINUED TO: June 20, 2012 at 2:30 p.m. for Change of Plea/Trial Setting**.

**cc:**　　chambers