UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date: June 27, 2012**  (Time: 4 minutes)          **JUDGE:  Phyllis J. Hamilton**

**Case No:  CR-11-644 PJH**

**Case Name:    UNITED STATES   v.  ALEX EYE BURSCH (Present)**

**Attorney for Plaintiff:     Owen Martikan**
**Attorney for Defendant:   Robert Beles**

**Deputy Clerk:**  Nichole Heuerman            **Court Reporter**: Diane Skillman

**PROCEEDINGS**

Trial Setting-Held.  Defense counsel informs the court that the defendant will not be entering a guilty plea today.  The motion to remain out of custody pending sentencing is withdrawn.  The parties request to set a stipulated facts trial is granted by the court.  Time is excluded from 6/27/12 to 8/23/12 for effective preparation of counsel.  The government to prepare order regarding exclusion of time.

**CASE CONTINUED TO: August 23, 2012 at 9:00 a.m. for Bench Trial (3 hours)**.

**cc:**     chambers