# United States District Court
## Northern District of California
### Oakland Division

UNITED STATES OF AMERICA,

    *Plaintiff*,

vs.

ALEX EYE BURSCH,

    *Defendant*.

Case No. 4:11-cr-00644-PJH-1

[PROPOSED] ORDER PERMITTING TRAVEL

## [PROPOSED] ORDER PERMITTING TRAVEL

The Court has read and considered the Stipulation Permitting Travel for Defendant Bursch, filed by counsel for the United States of America and defendant Alex Bursch in this matter on July 17, 2012. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, provides good cause to allow for a modification to defendant's Conditions of Release to permit travel.

THEREFORE, FOR GOOD CAUSE SHOWN:

The Court orders that defendant's release conditions shall be modified to permit him to travel from Martinez, California to Mill Creek, California, from Thursday, August 9, 2012 returning on Sunday, August 12, 2012. All other conditions of release previously set by the Office of Pretrial Services shall remain in effect.

**IT IS SO ORDERED.**

July 18, 2012
Date

*Jacqueline S. Corley*
Honorable Jacqueline Scott Corley
United States Magistrate Judge
Northern District of California