MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

OWEN P. MARTIKAN (CABN 177104)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, CA 94102
    Telephone: (415) 436-7241
    Facsimile:  (415) 436-7234
    E-Mail: owen.martikan@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-0644 PJH |
|     Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER FOR ONE-WEEK |
| v. ) | CONTINUANCE TO STIPULATED FACTS BENCH TRIAL |
| ALEX EYE BURSCH, ) | AS MODIFIED BY THE COURT |
|     Defendant. ) | |

    This case is set for a stipulated facts bench trial on Thursday, August 23, 2012, at 9:00am.  The United States requests, with defendant Alex Eye Bursch's concurrence, that the stipulated facts bench trial be continued by one week, until Thursday, August 30, 2012, at 9:00am.  The reason for this stipulation is to ensure that the United States has sufficient time to secure the necessary internal approvals of the factual stipulations that the parties have reached.

    The parties have discussed and agreed to factual stipulations, but those stipulations must be approved inside the U.S. Attorney's Office by the Criminal Chief, the Appellate Chief, and the Chief of Special Prosecutions.  Government counsel does not believe that all of these approvals can be obtained in time to provide the Court with stipulations in advance of a hearing

STIP. & [PROP] ORDER FOR 1-WEEK CONTINUANCE
No. CR 11-0644 PJH

1  next Thursday.  Hence this request for a one-week continuance.

2        The United States notes that the Court initially reserved three hours for this stipulated

3  facts bench trial.  The parties do not believe that more than one hour will be necessary to present

4  the stipulations to the Court, move for the admission of evidence, and argue Bursch's motion for

5  release on bond pending sentencing.

6        IT IS SO STIPULATED.

7                                MELINDA HAAG
                              United States Attorney

8

9  DATED: August 17, 2012                 /s/
                              OWEN P. MARTIKAN

10                               Assistant United States Attorney

11

12 DATED: August 17, 2012                 /s/
                              ROBERT BELES

13                               Attorney for Alex Eye Bursch

14

15                           **[~~PROPOSED~~] ORDER**

16       Pursuant to the parties' stipulations and for good cause shown, the Court hereby orders

17 that the stipulated facts bench trial in this case shall be continued by one week, from Thursday,

18 August 23, 2012, until ~~Thursday~~, Wednesday, August ~~30~~ 29, 2012, beginning at ~~9:00am~~ 3:00 p.m.

19 SO ORDERED.

20

21 DATED: 8/20/12

22                               HON. PHYLLIS J. HAMILTON
                              United States District Judge

23

24

25

26

27

28