ORIGINAL                                                        ORIGINAL

1  Robert J. Beles Bar No. 41993
   Anne C. Beles Bar No. 200276
2  Law Offices of Beles & Beles
   One Kaiser Plaza, Suite 2300
3  Oakland, California 94612-3642
   Tel No. (510) 836-0100
4  Fax. No. (510) 832-3690

5  Attorney for *Defendant*
   *ALEX EYE BURSCH*

6

7

8
                        United States District Court
9                       Northern District of California
                             Oakland Courthouse
10

11  | UNITED STATES OF AMERICA,        | No. **4:11-CR-00644-PJH-1**
12  |              *Plaintiff*,         | OBJECTION TO INTRODUCTION OF EVIDENCE AT
    |       vs.                         | BENCH TRIAL
13  | ALEX EYE BURSCH,                  |
14  |                                   | Date:      Wednesday, August 29, 2012
    |              *Defendant*.         | Time:      3:00 pm
15  |                                   | Courtroom: 3, Hon Phyllis J. Hamilton, Judge
    |                                   |
16  |                                   | *Speedy Trial Act not applicable*

17            **OBJECTION TO INTRODUCTION OF EVIDENCE AT BENCH TRIAL**

18          In its Joint Stipulations and Waivers for Bench Trial, the government agreed that

19  defendant would not be rendering moot his right to appeal the denial of his suppression

20  motions.  However, in an abundance of caution, defendant formally objects to the introduction

21  of the following evidence at the bench trial in this case seized from his residence on August 30,

22  2010, on the grounds that it was seized in violation of his Fourth Amendment right to be free

23  from unreasonable searches and seizures:

24          1) One (1) Antech computer tower, blk & silver in color.

25          2) One (1) ASUS Flat Screen Monitor, MDL# VH236,. SIN A5LMTF181237.

26          3) One (1) Theme Take LanBox Lite SIN VF6000VNS0801013052

27          4) One (1) Cannon 400 MM Lens 1:5:6

28          5) Five (5) Rolls of film

                                          1

ORIGINAL                                                                        ORIGINAL

6) One (I) EOS Cannon 40D MDL D5126171, S/N M20310618

7)  Four (4) Telephoto Lenses

8) Three (I) USB Thumbdrives 9) Thirteen (13) CD-R, CD case yellow in color

10)  One (1) CD-R "Mustang Memories"

11)  Five (5) Photographs

12)  One (1) Telephone number sheet

13) Three (3) AT&T, Davis School. District, Pleasant Hill billing statements

14)  Eight (8). Telephone rosters, Dolphin Swim Team

15)  Grey Duct tape, Black Mask

16) One (1) USB Co.writer MDL# DR-CORWZ4104064

17) One (I) WD Hard Disk Drive S/N WCAV52681817

18) MaxTor External Hard Drive 500 GB MDL# Maxtoritouch3, S/N TCO4RPHM

19) ASUS CDRW, blk & silver in. color, S/N 59PA65HC316122.3

20) HP Laptop ZE10000, S/N TZW21908555

21) GarminNuvi GPS, MDL# 350 NA S/N 20244707

22) USB Hard Drive, blk & silver in color

23) SSN Card Alex Bursch. 5644 1-7589

24) Fifty-five (55) CD-R

25) Nine (9) Floppy Disks

26) Hitachi, HDS722525VLAT80 S/N. C6CAEHRL

27) Seagate Barracuda MDL 5T3120026A S/N 5JT4ISGO

28) Creative Labs XMOD, MDL #SB0830

29) Western Digital, WD5,00V507,S/N WCANIJ11 1769

30) D-Link Ethernet, mdl, 01-604,S/N 8N0132A 13176

31)  IBM Keyboard, S/N 00857929

Defendant also objects to the introduction of any and all statements made by him to the

police and law enforcement officers concerning the search  his residence on August 30, 2010,as

2

ORIGINAL                                                    ORIGINAL

the fruit of the search itself.

In support of his objection, defendant incorporates his previously filed search and seizure

motions, which are listed below as follows:

| Date Filed | # | Docket Text |
|---|---|---|
| 02/14/2012 | 11 | Motion to Suppress by Alex Eye Bursch. Motion Hearing set for 3/28/2012 02:30 PM in Courtroom 3, 3rd Floor, Oakland before Hon. Phyllis J. Hamilton. (Attachments: # 1 Declaration, # 2 Exhibit, # 3 Exhibit)(Beles, Robert) (Filed on 2/14/2012) (Entered: 02/14/2012) |
| 02/14/2012 | 12 | Memorandum in Support of 11 Motion to Suppress by Alex Eye Bursch (Beles, Robert) (Filed on 2/14/2012) Modified on 2/15/2012 (kc, COURT STAFF). (Entered: 02/14/2012) |
| 02/15/2012 | 13 | Supplemental Memorandum by Alex Eye Bursch in Support of 11 Motion to Suppress. (Beles, Robert) (Filed on 2/15/2012) Modified on 2/16/2012 (kc, COURT STAFF). (Entered: 02/15/2012) |
| 03/16/2012 | 17 | Reply to Response to Motion by Alex Eye Bursch re 11 Motion to Suppress Evidence. (Beles, Robert) (Filed on 3/16/2012) Modified on 3/19/2012 (kc, COURT STAFF). (Entered: 03/16/2012) |
| 04/18/2012 | 22 | MOTION to Traverse Search Warrant Affidavit and Suppress Evidence by Alex Eye Bursch. Motion Hearing set for 5/16/2012 02:30 PM in Courtroom 3, 3rd Floor, Oakland before Hon. Phyllis J. Hamilton. (Beles, Robert) (Filed on 4/18/2012) Modified on 4/19/2012 (kc, COURT STAFF). (Entered: 04/18/2012) |
| 04/18/2012 | 23 | MEMORANDUM by Alex Eye Bursch in Support of 22 MOTION to Traverse Search Warrant Affidavit and Suppress Evidence. (Beles, Robert) (Filed on 4/18/2012) Modified on 4/19/2012 (kc, COURT STAFF). (Entered: 04/18/2012) |
| 04/18/2012 | 24 | Declaration of Robert J. Beles in Support of 22 MOTION to Traverse Search Warrant Affidavit and Suppress Evidence as to Alex Eye Bursch (Attachments: # 1 Exhibit, # 2 Exhibit)(Beles, Robert) (Filed on 4/18/2012) Modified on 4/19/2012 (kc, COURT STAFF). (Entered: 04/18/2012) |
| 05/03/2012 | 27 | Memorandum in Support of 22 Motion to Traverse Search Warrant Affadavit and Suppress Evidence by Alex Eye Bursch. (Beles, Robert) (Filed on 5/3/2012) Modified on 5/4/2012 (kc, COURT STAFF). (Entered: 05/03/2012) |

Defendant also incorporates the arguments on these motions made at the hearings held

on March 28, 2012 at 2:30 PM and May 16, 2012 into his objections to the introduction of the

evidence mentioned above.

ORIGINAL                                                                    ORIGINAL

Dated:  San Francisco, California, Tuesday, August 28, 2012.

_____

**Robert J. Beles**
Attorney for *Defendant ALEX EYE BURSCH*

Objection to Introduction of Evidence at Bench Trial