MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

OWEN P. MARTIKAN (CABN 177104)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, CA 94102
    Telephone: (415) 436-7241
    Facsimile:  (415) 436-7234
    E-Mail: owen.martikan@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-0644 PJH |
|     Plaintiff, | ) | |
| | ) | JOINT STIPULATIONS AND WAIVERS |
|     v. | ) | FOR BENCH TRIAL |
| | ) | |
| ALEX EYE BURSCH, | ) | |
|     Defendant. | ) | |

      The parties hereby submit the following waiver and stipulations in anticipation of the bench trial currently set before this Court on August 29, 2012.

I.    **WAIVER OF RIGHTS**

      1.    Pursuant to Federal Rule of Criminal Procedure 23, the defendant, Alex Eye Bursch, waives his right to a jury trial and the government consents to have the Court conduct the trial in this case.

      2.    Defendant Bursch waives his right to testify and to call any witnesses on his own behalf, and he submits the matter for decision by the Court based on the factual stipulations below.

## II.    FACTUAL STIPULATIONS[1]

If called to testify at trial each of the witnesses named below would testify as follows:

1.    <u>Deputy Xavier Shabazz</u>: Deputy Shabazz was a Deputy Sheriff with the Contra Costa County Sheriff's Office at the time of this investigation, whose primary duties involved investigating sex-related crimes. On September 1, 2010, Deputy Shabazz and Sheriff's Detective Scott Sutherland executed a search warrant at the home of Defendant Alex Eye Bursch at 5016 Wagon Wheel Way, Antioch, California. The search warrant authorized law enforcement officers to search for evidence of child pornography, including computers and electronic media. Deputy Shabazz confirmed that Defendant Bursch listed 5016 Wagon Wheel Way as his home address on his driver's license, and that Bursch subscribed to an SBC Internet Services account for internet service at the Wagon Wheel Way address. No one was at home at the time the search warrant was executed. The search revealed an Antech computer tower in the bedroom containing the following hard drives: a Western Digital hard drive bearing serial number WCAU44515023, a Samsung hard drive bearing serial number S07GJ10Y610408, and a Western Digital hard drive bearing serial number WXL708051660. In a closet, deputies found an HP Pavillion laptop computer bearing serial number TW21906555, and a Maxtor hard drive bearing serial number TC04RPHM. These computers and hard drives were all seized

Deputy Shabazz spoke with a neighbor, Caroline Uribe, who confirmed that Bursch lived alone in the residence where the search warrant was executed.

Deputy Shabazz interviewed Bursch at his workplace, Los Medanos Elementary School, the same day as the search. Bursch voluntarily waived his *Miranda* rights and told Deputy

---

[1]    The parties agree to a bench trial and stipulate to the facts as detailed below. The parties enter these stipulations with the express understanding that the defendant objects to the introduction of any evidence obtained as a result of the September 1, 2010, search and the fruits of that search, on the basis of his belief that they were seized in violation of the Fourth Amendment. The government and the defendant agree that by entering into these stipulations, the defendant is not rendering moot his right to appeal the denial of his motions to suppress. *United States v. Larson*, 302 F.3d 1016, 1020 (9th Cir. 2002) (stating that appeal after a bench trial by stipulated facts not moot if the stipulations merely describe evidence the government intended to introduce at trial). The defendant does not waive his objection to the introduction of that evidence by entering into the following stipulations.

STIPULATIONS FOR TRIAL
No. CR 11-0644 PJH                                           2

1    Shabazz that he had recently begun using a file-sharing program to search for child pornography,

2    and that he tended to view child pornography featuring girls between the ages of "[s]ort of eight

3    to fourteenish." Bursch stated that the last time he had viewed child pornography was the week

4    before the execution of the search warrant.  Bursch confirmed that the seized computers belonged

5    to him.

6           2.    <u>Computer Forensic Detective Scott Sutherland</u>: Detective Scott Sutherland is a

7    Deputy Sheriff with the Contra Costa County Sheriff's Office, who has received specialized

8    training, has attended training seminars, and has gained practical experience in the forensic

9    examination of computers and other electronic media to recover evidence, including child

10   pornography.  Detective Sutherland participated in the execution of the search warrant at

11   Defendant Bursch's home on September 1, 2010.  Detective Sutherland performed an initial

12   review of the computer hard drives located at Bursch's home, and found that they contained

13   images and videos of girls ranging in age from five to ten years engaged in sexual acts with adult

14   males, such as performing oral copulation with an adult man's penis, or engaging in vaginal

15   sexual intercourse with adult males.

16        Detective Sutherland later performed a more thorough forensic examination of these

17   computer hard drives.  Three of the hard drives were stored inside an Antech computer tower.

18   One of these hard drives, a Western Digital hard drive bearing serial number WXL708051660,

19   contained the computer's operating system as well as documents belonging to Alex Bursch, such

20   as a California Basic Education Skills Test card bearing Bursch's name, and a letter signed by

21   Bursch to the Davis Unified School District.  One folder, labeled "Alex's Pictures," contained

22   non-pornographic photographs of children at swimming events.  All of the hard drives in the

23   Antech  computer tower contained images and videos of real children, including prepubescent

24   children, engaging in sexual activities with adults, such as performing oral copulation with an

25   adult man's penis, or engaging in vaginal sexual intercourse with adult males.

26   //

27   //

28   //

STIPULATIONS FOR TRIAL
No. CR 11-0644 PJH          3

1         3.      The parties stipulate that all of the hard drives found in the Antech computer

2   tower were manufactured outside California and contained images and videos of minors who are

3   real human beings.

4   IT IS SO STIPULATED.

5                             MELINDA HAAG

6                             United States Attorney

7   DATED: 8/29/12

8                             OWEN P. MARTIKAN

                               Assistant United States Attorney

9   DATED: 8/29/12

10

11                            ALEX EYE BURSCH

                             Defendant

12   DATED: 29 Aug 12

13                             ANNE C. BELES

                             Attorney for Alex Eye Bursch

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28