UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date: August 29, 2012**  (Time: 18 minutes)      **JUDGE:**  Phyllis J. Hamilton

**Case No:**  CR-11-644 PJH

**Case Name:**   UNITED STATES   v.  ALEX EYE BURSCH (Present)

**Attorney for Plaintiff:**     Owen Martikan
**Attorney for Defendant:**  Annie Beles for Robert Beles

**Deputy Clerk:**  Nichole Heuerman          **Court Reporter**: Eric Throne

**PROCEEDINGS**

Stipulated Facts Trial-Held.  The parties submit a joint stipulation to the court.  The court enters a finding of conviction on the charge found in the Indictment.  The defendant is referred to probation to conduct a presentence investigation.

Defendant's Motion for Release From Custody Pending Sentencing-GRANTED as stated on the record.

**CASE CONTINUED TO: November 14, 2012 at 2:30 p.m. for Sentencing**.

**cc:**     chambers