UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date: November 14, 2012**  (Time: 50 minutes)          **JUDGE:  Phyllis J. Hamilton**

**Case No:**  CR-11-644 PJH

**Case Name:**    UNITED STATES   v.  ALEX EYE BURSCH (Present)

**Attorney for Plaintiff:**    Owen Martikan
**Attorney for Defendant:**  Annie Beles for Robert Beles

**Deputy Clerk:**  Nichole Heuerman          **Court Reporter**: Diane Skillman

**Probation:** Aylin Raya


**PROCEEDINGS**

 Sentencing-Held.  The court hears argument regarding the defendant's offense level.  The matter is submitted.  The hearing is continued one week.


**CASE CONTINUED TO: November 21, 2012 at 9:00 a.m. for Sentencing**.


**cc:**     chambers