## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date: November 21, 2012**  (Time: 29 minutes)          **JUDGE:  Phyllis J. Hamilton**

**Case No:  CR-11-644 PJH**

**Case Name:    UNITED STATES   v.  ALEX EYE BURSCH (Present)**

**Attorney for Plaintiff:     Wade Rhyne for Owen Martikan**
**Attorney for Defendant:  Anne Beles**

**Deputy Clerk:** Nichole Heuerman                **Court Reporter**: Diane Skillman

**Probation:** Aylin Raya

### PROCEEDINGS

Further Sentencing-Held.  The court informs the parties that it will view the images first before imposing the guideline calculation and if the images support the description of the images the court will set the total offense level at 29; criminal history at I with a guideline range of 87 months to 108 months.  The government to contact the agent to set up a time to meet with the court to view the images.

**CASE CONTINUED TO: November 28, 2012 at 1:30 p.m. for Further Sentencing**.

**cc:**    chambers