UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date: November 28, 2012**  (Time: 46 minutes)    **JUDGE:**  Phyllis J. Hamilton

**Case No:**  CR-11-644 PJH

**Case Name:**   UNITED STATES   v.  ALEX EYE BURSCH (Present)

**Attorney for Plaintiff:**    Owen Martikan
**Attorney for Defendant:**  Anne Beles

**Deputy Clerk:**  Nichole Heuerman          **Court Reporter**: Diane Skillman

**Probation:** Aylin Raya

### PROCEEDINGS

Sentencing-Held.  The defendant is committed to the custody of the Bureau of Prisons for a term of 57 months; 7 years supervised release along with all the standard and special conditions of supervised release as stated on the record.  The defendant shall pay a special assessment in the amount of $100; due immediately.  The defendant shall pay a fine in the amount of $2,000 which shall be paid at no less than $25 per month commencing 60 days after release from custody.  The defendant is subject to forfeiture.  The defendant is advised of his appellate rights.

Defendant's motion to continue release pending appeal-DENIED as stated on the record.  The defendant shall self surrender on 1/28/13 to the facility if designated, otherwise to the U.S. Marshal by noon.

The court to make a recommendation to the Bureau of Prisons that the defendant be designated to a facility as close to the Bay Area as possible to facilitate family visits and that he participate in mental health counseling.

**cc:**    chambers